1

2

3

4            UNITED STATES DISTRICT COURT

5            DISTRICT OF NEVADA

6                    * * *

7   UNITED STATES OF AMERICA,                Case No. 2:14-CR-280 JCM (GWF)

8                        Plaintiff(s),             ORDER

9        v.

10  DOMINIQUE WELLS, et al.,

11                       Defendant(s).

12

13          Presently before the court are the report and recommendation of Magistrate Judge Foley.

14  (Doc. # 104).  No objections were filed, and the deadline for filing objections has passed.

15          Magistrate Judge Foley recommended that defendant's motion to dismiss (doc. # 92) be

16  denied.

17          This court "may accept, reject, or modify, in whole or in part, the findings or

18  recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects

19  to a magistrate judge's **report and recommendation**, then the court is required to "make a de

20  novo determination of those portions of the [**report and recommendation**] to which objection is

21  made." 28 U.S.C. § 636(b)(1).

22          Where a party fails to object, however, the court is not required to conduct "any review at

23  all . . .  of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

24  (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a

25  magistrate judge's report and recommendation where no objections have been filed. *See United*

26  *States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

27  employed by the district court when reviewing a report and recommendation to which no

28  objections were made); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003)

**James C. Mahan**
**U.S. District Judge**

1    (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are

2    not required to review "any issue that is not the subject of an objection."). Thus, if there is no

3    objection to a magistrate judge's recommendation, then this court may accept the recommendation

4    without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a

5    magistrate judge's recommendation to which no objection was filed).

6         Nevertheless, this court finds it appropriate to engage in a de novo review to determine

7    whether to adopt the recommendation of the magistrate judge. Upon reviewing the

8    recommendation and underlying briefs, this court finds good cause appears to ADOPT the

9    magistrate judge's findings in full.

10        Accordingly,

11        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and

12   recommendation of Magistrate Judge Foley, (doc. # 104), are ADOPTED in their entirety.

13        DATED September 8, 2015.

14   _____

15   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -