IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-280-JCM-GWF |
| Plaintiff, | ) | |
| | ) | **ORDER TEMPORARILY UNSEALING** |
| vs. | ) | **TRANSCRIPT** |
| DOMINIQUE WELLS, | ) | |
| Defendant. | ) | |
| | ) | |

On May 10, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Lance A. Maningo, counsel for defendant, requesting a transcript of the sealed hearing October 9, 2015, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Lance Maningo.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 11th day of May 2016.

_____
JAMES C. MAHAN
U.S. District Court Judge