UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:14-cr-280-JCM-GWF |
| vs. | ) | |
| DOMINQUE WELLS, et al., | ) | |
| Defendants. | ) | |

**O R D E R**

On March 2, 2017, a 14-day request was made for transcripts of two **SEALED** hearings held before Magistrate Judge George Foley, Jr., on January 21, 2015 (8:58-8:59 a.m.); and February 11, 2016 (1:37-1:39 p.m.), by Chris Arabia, CJA appointed counsel for Defendant Dominque Wells.

**IT IS THE ORDER OF THE COURT** that the **SEALED** portion of the audio shall be unsealed by the clerk for the limited purpose of providing a copy of the transcripts as requested by CJA counsel for the defendant.

**IT IS FURTHER ORDERED** that the **SEALED** portion of the audio shall thereafter be resealed by the clerk, and a certified copy of the transcript be delivered to the clerk pursuant to 28 U.S.C., Section 753(b), until further order of this court.

**IT IS FURTHER ORDERED** that counsel shall not disclose the **SEALED** contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED March 14, 2017.

_____
UNITED STATES DISTRICT JUDGE