FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 14 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:14-cr-280-JCM-GWF |
|         Plaintiff, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
|  vs. ) | **TRANSCRIPT** |
| DOMINIQUE WELLS, ) | |
|         Defendant. ) | |
| _____ ) | |

On March 2, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Chris Arabia, counsel for defendant, requesting a transcript of the sealed hearing October 9, 2015, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Chris Arabia.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 14th day of March, 2017.

_____
JAMES C. MAHAN
U.S. District Court Judge