RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Dominque Wells

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>          v.<br><br>DOMINQUE WELLS,<br><br>                   Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**STIPULATION TO CONTINUE**<br>**RESENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Dominque Wells, that the Resentencing Hearing currently scheduled on April 16, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to prepare for the resentencing hearing.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the resentencing hearing.

1

        DATED this 2nd day of April, 2021.

2

3    RENE L. VALLADARES                      CHRISTOPHER CHIOU
     Federal Public Defender                 Acting United States Attorney

4

5    By /s/ Brandon C. Jaroch               By /s/ Lisa Cartier-Giroux

6    BRANDON C. JAROCH                       LISA CARTIER-GIROUX
     Assistant Federal Public Defender       Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                         2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

UNITED STATES OF AMERICA,

                 Plaintiff,

5

      v.

6

DOMINQUE WELLS,

7

                Defendant.

8

Case No. 2:14-cr-00280-JCM-GWF

**ORDER**

9

10

     IT IS THEREFORE ORDERED that the resentencing hearing currently scheduled for

11

Friday, April 16, 2021, at 11:00 a.m., be vacated and continued to ___May 28, 2021___ at the

12

hour of 10:30 a.m.

13

     DATED April 2, 2021.

14

15

_____

16

UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3