RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Dominque Wells

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DOMINQUE WELLS,<br><br>    Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**STIPULATION TO CONTINUE RESENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Dominque Wells, that the Resentencing Hearing currently scheduled on May 28, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for the resentencing hearing.

2. The defendant would like to make his appearance in court which may be possible in the coming months given the reduction of the COVID-19 restrictions in the State of Nevada.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the resentencing hearing.

DATED this 24th day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Lisa Cartier-Giroux*<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DOMINQUE WELLS,<br><br>      Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the resentencing hearing currently scheduled for Friday, May 28, 2021, at 10:30 a.m., be vacated and continued to September 10, 2021 at 10:30 am ; or to a time and date convenient to the court.

    DATED May 24, 2021.

_____
UNITED STATES DISTRICT JUDGE