RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Dominque Wells

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DOMINQUE WELLS,<br><br>    Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**STIPULATION TO CONTINUE RESENTENCING HEARING**<br>(Third Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Dominque Wells, that the Resentencing Hearing currently scheduled on September 10, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

  This Stipulation is entered into for the following reasons:

  1. Defense counsel was just assigned to Mr. Wells's case and needs additional time to prepare for the resentencing hearing.

  2. The defendant is in custody and agrees with the need for the continuance.

  3. The parties agree to the continuance.

1   This is the third request for a continuance of the resentencing hearing.

2   DATED this 13th day of August 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Lisa Cartier-Giroux<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOMINQUE WELLS,<br><br>    Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the resentencing hearing currently scheduled for September 10, 2021, at 10:30 a.m., be vacated and continued to November 19, 2021 at the hour of 11:00 a.m.

   DATED August 13, 2021.

_____
UNITED STATES DISTRICT JUDGE

3