RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Dominque Wells

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DOMINQUE WELLS,<br><br>          Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**STIPULATION TO CONTINUE RESENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Dominque Wells, that the Resentencing Hearing currently scheduled on November 19, 2021, be vacated and continued to December 10, 2021 at 10:30 am.

This Stipulation is entered into for the following reasons:

1.   Mr. Wells has requested to appear in person for sentencing.  A continuance will allow sufficient time to quarantine and transport Mr. Wells safely.

2.   The defendant is in custody and agrees with the need for the continuance.

3.   The parties agree to the continuance.

This is the fourth request for a continuance of the resentencing hearing.

DATED this 18th day of November 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Lisa Cartier-Giroux<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMINQUE WELLS,<br><br>        Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the resentencing hearing currently scheduled for November 19, 2021, at 11:00 a.m., be vacated and continued to December 10, 2021 at 10:30 am.

    DATED November 18, 2021.

_____
UNITED STATES DISTRICT JUDGE

3