CHRISTOPHER CHIOU
United States Attorney
Nevada Bar Number 14853
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Virginia #900
Reno, Nevada 89501
Elizabeth.O.White@usdoj.gov
775-784-5438
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  2:14-cr-280-JCM-GWF |
| | ) | |
| Plaintiff, | ) | **Stipulation to Extend Time for** |
| | ) | **Government's Response to Defendant's** |
| vs. | ) | **Compassionate Release Motion** |
| | ) | |
| DOMINQUE WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America; and Assistant Federal Public Defender Katherine Tanaka, counsel for Dominque Wells, that the government's response to Mr. Wells's Motion for Compassionate Release (ECF No. 404) be extended by 7 days, to and including January 18, 2022. This stipulation is entered into for the following reasons:

1.     Mr. Wells filed his motion on January 4, 2022. *See* ECF No. 403.

2.     Pursuant to the District Court's General Order Regarding such motions, the government's response is due seven days after the motion is filed, which is January 11, 2022. *See* Amended General Order 2020-06 (D. Nevada, Sept. 3, 2020).

3.     Undersigned government counsel, who is handling this matter, is presenting

oral argument in the Ninth Circuit in *United States v. Hylton*, CA No. 21-10026, on January

11. The *Hylton* appeal was briefed by another appellate division attorney, who was recently

appointed to the state court bench by Governor Sisolak and left the U.S. Attorney's Office.

Because undersigned government counsel did not brief the *Hylton* case, she has had to

spend most of the past week reviewing the record in that case and preparing for oral

argument. In light of that work, the government believes it will need additional time, to

and including January 18, 2022, to review Wells's motion and other records, and prepare

and file the government's response.

4.     Wells's counsel consents to this extension of time.

DATED this 10th day of January, 2022.


RENE L. VALLADARES                    CHRISTOPHER CHIOU
Federal Public Defender               Acting United States Attorney

By:  *s/ Katherine Tanaka*            By:  *s/ Elizabeth O. White*
     Katherine Tanaka                      Elizabeth O. White
     Asst. Federal Public Defender         Assistant United States Attorney
     *Counsel for Dominque Wells*          *Counsel for the United States*

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-cr-00280-JCM-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **(Proposed)** |
| vs. | ) | |
| | ) | **ORDER** |
| DOMINQUE WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion for Compassionate Release (ECF No. 404) be due on January 18, 2022.

DATED January 10, 2022.

_____
UNITED STATES DISTRICT JUDGE