JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6055
mina.chang@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE WELLS,<br><br>Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(First Request) |

The parties, by and through the undersigned, respectfully submit the following Stipulation and Proposed Order for the Court's consideration.

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the government and undersigned counsel for the defendant, Dominique Wells, that the revocation hearing in the above-captioned matter, currently set for March 27, 2024, at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than 75 days.

/ / /

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Counsel requires more time to investigate matters related to litigation and discovery in this matter, including defendant Wells' pending state case, *Nevada v. Wells*, Case No. 24-cr-010208, which has a preliminary hearing set for May 21, 2024.
2. This continuance is not sought for purposes of delay.
3. Mr. Wells is not in custody and the parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Joanne Diamond*<br>JOANNE DIAMOND<br>Assistant Federal Public Defender<br>Counsel for WELLS | */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE WELLS,<br><br>Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**[PROPOSED] ORDER TO CONTINUE REVOCATION HEARING** |

**ORDER**

IT IS HEREBY ORDERED that the revocation of supervised release hearing in *United States v. Dominique Wells*, 2:14-cr-00280-JCM-GWF, currently set for March 27, 2024, at 10 a.m., is hereby VACATED and RESET to June 12, 2024, at 10:30 a.m.

DATED March 22, 2024.

_____
HON. JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE