RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Dominique Wells

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOMINIQUE WELLS,<br><br>    Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Dominique Wells, that the Revocation Hearing currently scheduled on June 12, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The state case that is the subject of the revocation petition is still pending. The preliminary hearing in that matter has been reset to July 29, 2024.

2. Mr. Wells cannot proceed with his revocation hearing until the underlying state case is resolved.

3. Mr. Wells is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED May 22, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00280-JCM-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| DOMINIQUE WELLS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 12, 2024 at 10:30 a.m., be vacated and continued to **September 13, 2024, at 10:00 a.m.** or to a time and date convenient to the court.

DATED May 24, 2024.

_____
UNITED STATES DISTRICT JUDGE

3