AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 27 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:14-cr-280-JCM |
| | ) | |
| DOMINIQUE WELLS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |
|---|---|
| Courtroom No.: | 3A |
| Date and Time: | June 28, 2024 at 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 27, 2024

_____
*Judge's signature*

MAXIMILIANO D COUVILLIER, III, U.S. Magistrate Judge
*Printed name and title*