UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE WELLS,<br><br>Defendant. | Case No. 2:14-cr-00280-JCM-GWF<br><br>**ORDER TO CONTINUE PRELIMINARY REVOCATION HEARING** |

**ORDER**

IT IS HEREBY ORDERED that the preliminary revocation hearing in *United States v. Dominique Wells*, 2:14-cr-00280-JCM-GWF, currently set for July 3, 2024, at 3:30 p.m., is hereby VACATED and RESET for July 17, 2024, at 3:00 pm in LV Courtroom 3D.

DATED this 2nd day of July, 2024.

_____
HON. MAXIMILIANO D. COUVILLIER III
U.S. MAGISTRATE JUDGE