RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

Attorney for Dominque Wells

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 2:14-CR-00280-JCM-GWF |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| v. ) | **REVOCATION OF SUPERVISED** |
| ) | **RELEASE HEARING** |
| DOMINQUE WELLS, ) | |
| ) | **(First Request)** |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney; and Defendant Dominque Wells, by and through his counsel, Richard A. Wright, Esquire and Sunethra Muralidhara, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for Friday, September 13, 2024 at 10:00 a.m., be vacated and continued for at least 7 days to a date and time convenient to this Court.

The request for a continuance is based upon the following:

1. The parties are attempting to work out a resolution in this matter.

2. The parties agree to the requested continuance. Mr. Wells is in custody, and agrees to the continuance.

///

3. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

4. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the revocation for supervised release hearing for the current pending petition.

Dated this 11th day of September, 2024.

| WRIGHT MARSH & LEVY | JAMES M. FRIERSON |
| --- | --- |
| | United States Attorney |
| By: /s/ Richard A. Wright | By: /s/ Mina Chang |
| RICHARD A. WRIGHT, ESQUIRE | MINA CHANG |
| SUNETHRA MURALIDHARA, ESQUIRE | Assistant U.S. Attorney District of Nevada |
| 300 S. Fourth Street | 501 Las Vegas Boulevard South |
| Suite 701 | Suite 1100 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Attorney for Dominque Wells | Counsel for the United States of America |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:14-CR-00280-JCM-EJY |
| | ) | **ORDER** |
| v. | ) | |
| DOMINQUE WELLS, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for September 13, 2024 at 10:00 am., be vacated and continued to **September 23, 2024, at 10:00 a.m.**

DATED September 12, 2024.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE